HARUTH AMUSEMENT CORP.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act, on condition, however, that the undertaking required by the order of this court entered October 5, 1935, has been filed and is still in full force and effect. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MARY RYAN v. PITT PETRI.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

LIBERTY MUTUAL INSURANCE COMPANY v. MICWEIL CO., INC., Impleaded with GRAMERCY DEVELOPMENT CORP.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

SADIE FASSBINDER v. SUN INSURANCE OFFICE, LIMITED, a Foreign Corporation. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE DRY GOODS ALLIANCE, INC., v. PERCIVAL GEORGE STEWART, Impleaded with AMERICAN SURETY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SADIE FASSBINDER v. SUN INSURANCE OFFICE, LIMITED, a Foreign Corporation. —Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of Supplementary Proceedings: TID BIT SODA SHOPS, INC., v. H. BERNARD LEVINE. HARRY WOLF.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ABRAHAM SONKEN and SAMUEL CARR, Copartners, etc., v. LOUIS GOLDSTEIN and FANNY GOLDSTEIN, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HENRY ASCHER and Another v. GEORGE J. ATWELL CO., INC., Impleaded with GEORGE J. ATWELL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

TEMPLE CONSTRUCTION CORPORATION v. LOUIS KEIL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of ELLEN P. GREEN for a Determination of the Validity and Effect of Her Election, etc., to Take an Intestate's Share against the Provisions of the Will of JOHN R. GREEN, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.